UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   M.B.D. No. 05MBD 10209 |
| | ) |
| FRANCOISE NGELE BUNDU | ) |

ASSENTED-TO MOTION TO EXCLUDE TIME

On April 26, 2005, U.S. Magistrate Judge Dein issued a finding of probable cause in the matter of United States v. Francoise Ngele Bundu, Cr. No. 05-MJ-01076-JGD, on a complaint charging the defendant with parental kidnaping, in violation of 18 U.S.C. § 1204. On April 27, 2005, Judge Dein released the defendant on conditions. Since then, the parties have commenced good faith discussions regarding resolution of the case by agreement rather than by indictment. Although the parties are optimistic, no agreement has yet been reached. As a result, the government now moves with the defendant's assent that the Court extend by 30 days to June 27, 2005 the time period in which the government otherwise would be required or inclined to seek an indictment. The government further requests that the Court find, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial and, accordingly, exclude the period of the extension in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

Allowed
/s/ Tauro  J
5/26/05

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: _____
                    DONALD L. CABELL
                    Assistant U.S. Attorney
                    (617) 748-3105

May 23, 2005