UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   M.B.D. No. 05-10209 |
| | ) |
| FRANCOISE NGELE BUNDU | ) |

ASSENTED-TO MOTION TO EXCLUDE TIME

On April 26, 2005, U.S. Magistrate Judge Dein issued a finding of probable cause in the matter of <u>United States v. Francoise Ngele Bundu</u>, Cr. No. 05-MJ-01076-JGD, on a complaint charging the defendant with parental kidnaping, in violation of 18 U.S.C. § 1204.  The parties have since been engaged in good faith discussions regarding resolution of the case by agreement rather than by indictment and, accordingly, have previously moved the Court to extend the time period in which the government otherwise would be required or inclined to seek an indictment. The discussions are nearing completion but are not yet complete. Because the parties believe that an extension to December 1, 2005 would allow them to complete the discussions and determine whether the case may resolved short of indictment or trial, the government moves, with the defendant's assent, that the Court extend to December 1, 2005 the time period in which an indictment would otherwise need to be obtained.  The government further requests that the Court find, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested extension outweigh the best interest of the public and

the defendant in a speedy trial and, accordingly, exclude the period of the extension in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:
                                        /s/Donald L. Cabell
                                        DONALD L. CABELL
                                        Assistant U.S. Attorney
                                        (617) 748-3105