```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        V.                    )   M.B.D. No. 05-10209
                              )
FRANCOISE NGELE BUNDU         )
```

MOTION FOR EXTENSION OF TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves for an extension of one week, from December 22 to December 29, 2006, to respond to the defendant's motion to dismiss. In support of the motion, the undersigned was out of the office on December 20-21, 2006 due to a family illness, and will be away from the office until December 27, 2006.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                By:
                        /s/Donald L. Cabell
                        DONALD L. CABELL
                        Assistant U.S. Attorney
                        (617) 748-3105
```