UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FRANCOISE NGELE BUNDU,  )<br>    Defendant.  )<br>  ) | Docket No.: 05-10209-JLT |

### NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Now comes Andrew C. Phelan, Esq., and hereby enters his appearance on behalf of the Defendant, Francoise Ngele Bundu, in the above-captioned matter.

Respectfully submitted,

/s/  Andrew C. Phelan
Andrew C. Phelan, BBO #643160
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8603

February 16, 2007

LITDOCS/664520.1

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2007.

      /s/ Andrew C. Phelan
      Andrew C. Phelan

LITDOCS/664520.1