UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
    Plaintiff

V.

Francoise Ngele Bundu
    Defendant

CIVIL ACTION

NO. 05-mc-10209 JLT

## JUDGMENT

Tauro, D. J.

In accordance with the Court's Order dated March 1, 2007, adopting the Magistrate Judge's Report and Recommendation of February 14, 2007, ALLOWING [13] Motion to Dismiss, it is hereby ORDERED:

Judgment for the Defendant.

By the Court,

March 1, 2007
Date

/s/ Kimberly M. Abaid
Deputy Clerk