UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
                                            )
UNITED STATES OF AMERICA                    )
                                            )
       v.                                   )     CIV. NO. 05-mc-10209-JLT
                                            )     CR. NO. 05-mj-01076-JGD
FRANCOISE NGELE BUNDU                       )
                                            )
       Defendant                            )
_____)

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Tauro, J.) March 1, 2007 Order adoping the Magistrate Judge's Report and Recommendation of February 14, 2007, allowing the defendant's motion to dismiss with prejudice the criminal complaint in the matter of United States v. Francoise Ngele Bundu, 05-mj-01076-JGD, and ordering judgment for the plaintiff.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:     /S/ Donald L. Cabell
                                    Assistant U.S. Attorney