# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-mc-10209

United States of America

v.

Francoise Ngele Bundu

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-19

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/30/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 19, 2007.

Sarah A. Thornton, Clerk of Court

By: Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/20/07.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-mc-10209-JLT

United States of America v. Bundu
Assigned to: Judge Joseph L. Tauro
Referred to: Magistrate Judge Judith G. Dein

Date Filed: 05/26/2005

**Plaintiff**

**United States of America**    represented by **Donald L. Cabell**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3105
Fax: 617-748-3951
Email: donald.cabell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Francoise Ngele Bundu**    represented by **Andrew C. Phelan**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email: andrew.phelan@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2005 | 1 | Assented to MOTION for Excludable Delay from May 23, 2005 to June 27, 2005 by United States of America.(Cummings, Mary) (Entered: 05/26/2005) |
| 05/26/2005 |  | Judge Joseph L. Tauro : EndorsedORDER entered granting 1 Assented Motion for Excludable Delay (Cummings, Mary) (Entered: 05/26/2005) |
| 06/20/2005 | 2 | Assented to MOTION for Excludable Delay to 6/27/2005 to 7/28/2005 by United States of America.(Cabell, Donald) (Entered: 06/20/2005) |

| 07/27/2005 | 3 | Assented to MOTION for Excludable Delay to 7/29/05 to 8/25/05 by United States of America.(Cabell, Donald) (Entered: 07/27/2005) |
|---|---|---|
| 08/01/2005 |  | Judge Joseph L. Tauro : ENDORSEMENT ON MOTIONORDER entered granting 3 Motion for Excludable Delay (Smith3, Dianne) (Entered: 08/02/2005) |
| 08/24/2005 | 4 | Assented to MOTION for Excludable Delay from 8/25/05 to 9/29/05 by United States of America.(Cabell, Donald) (Entered: 08/24/2005) |
| 09/20/2005 |  | Judge Joseph L. Tauro : ElectronicORDER entered granting 4 Motion for Excludable Delay from August 25, 2005 to September 29, 2005. (Cummings, Mary) (Entered: 09/23/2005) |
| 09/28/2005 | 5 | Assented to MOTION for Excludable Delay by United States of America.(Cabell, Donald) (Entered: 09/28/2005) |
| 10/03/2005 |  | Judge Joseph L. Tauro : EndorsedORDER entered granting 5 Motion for Excludable Delay to October 13, 2005 (Cummings, Mary) (Entered: 10/06/2005) |
| 11/10/2005 | 6 | Assented to MOTION for Excludable Delay by United States of America.(Cabell, Donald) (Entered: 11/10/2005) |
| 11/15/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 6 Motion for Excludable Delay. Time excluded to December 1, 2005 in which time Indictment need be obtained. (Cummings, Mary) (Entered: 11/16/2005) |
| 12/14/2005 | 7 | MOTION for Excludable Delay by United States of America.(Cabell, Donald) (Entered: 12/14/2005) |
| 12/21/2005 | 8 | Assented to MOTION for Excludable Delay by United States of America.(Cabell, Donald) (Entered: 12/21/2005) |
| 01/04/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 8 Motion for Excludable Delay from 12/21/05 to 1/12/06 (Hurley, Virginia) (Entered: 01/05/2006) |
| 01/04/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 7 Motion for Excludable Delay from 12/14/05 to 12/21/05. (Hurley, Virginia) (Entered: 01/05/2006) |
| 02/15/2006 | 9 | MOTION for Excludable Delay by United States of America.(Cabell, Donald) (Entered: 02/15/2006) |
| 03/08/2006 | 10 | Assented to MOTION for Excludable Delay by United States of America.(Cabell, Donald) (Entered: 03/08/2006) |
| 07/10/2006 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 9 Motion for Excludable Delay, granting 10 Motion for Excludable Delay (Abaid, Kim) (Entered: 07/11/2006) |
| 12/08/2006 | 13 | MOTION to Dismiss For Violation of the Speedy Trial Act by Francoise Ngele Bundu.(Abaid, Kim) (Entered: 02/13/2007) |

| | | |
|---|---|---|
| 12/22/2006 | 11 | MOTION for Extension of Time by United States of America.(Cabell, Donald) (Entered: 12/22/2006) |
| 01/09/2007 | 12 | RESPONSE to Motion to Dismiss filed by United States of America. (Cabell, Donald) Modified on 1/10/2007 (Abaid, Kim). (Entered: 01/09/2007) |
| 02/13/2007 | 14 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: Report and Recommendations on Docket Entry 13(Abaid, Kim) (Entered: 02/13/2007) |
| 02/14/2007 | 15 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 13 MOTION to Dismiss filed by Francoise Ngele Bundu. Recommendation: that the Motion be allowed and that the Complaint be dismissed with prejudice. Objections to R&R due by 2/28/2007.(Dambrosio, Jolyne) (Entered: 02/14/2007) |
| 02/16/2007 | 16 | NOTICE of Appearance by Andrew C. Phelan on behalf of Francoise Ngele Bundu (Phelan, Andrew) (Entered: 02/16/2007) |
| 02/28/2007 | 17 | OBJECTION to 15 Report and Recommendations filed by United States of America. (Cabell, Donald) Modified on 3/1/2007 (Abaid, Kim). (Entered: 02/28/2007) |
| 03/01/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 13 Motion to Dismiss filed by Francoise Ngele Bundu,, 15 Report and Recommendations, Action on motion: ALLOWED.(Abaid, Kim) (Entered: 03/01/2007) |
| 03/01/2007 | 18 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of the Defendant against the Plaintiff(Abaid, Kim) (Entered: 03/01/2007) |
| 03/30/2007 | 19 | NOTICE OF APPEAL by United States of America NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/19/2007. (Cabell, Donald) (Entered: 03/30/2007) |