## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-mc-10209

United States of America

v.

Francoise Ngele Bundu

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-19

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/30/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 19, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/24/7 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1632

- 3/06