# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 07-1632

UNITED STATES,

Plaintiff - Appellant,

v.

FRANCOISE NGELE BUNDU,

Defendant - Appellee.

---

**JUDGMENT**

Entered: October 5, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

By: ERIC H. DENNIS
    _____
    Appeals Attorney.

*[signature]*
Deputy Clerk
Date: OCT 05 2007

[cc: Mr. Cabell, Ms. Chaitowitz, Mr. Phelan and Ms. Guizzetti]